IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

KEVIN L. BASSHAM

vs.  5:04CV195/LAC/MD

MONICA WETZEL

### REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk. Petitioner filed his petition for writ of habeas corpus on August 11, 2004. (Doc. 1). The respondent moved to transfer the case (doc. 10), and although petitioner did not object (doc. 13), the motion was denied, and respondent was directed to respond. (Doc. 14 & 15). The response and amended exhibits were filed on January 31, and February 1, 2005 (doc. 16 & 17). Having received nothing from the petitioner, on May 3, 2005, the court entered an order directing petitioner to file a reply to the response or a notice indicating his desire to pursue the matters raised in the § 2241 petition. (Doc. 18). He was warned that failure to do so could result in a recommendation of dismissal of this case. Over two months have elapsed and he has still failed to respond.

Accordingly, it is respectfully RECOMMENDED:

That this case be dismissed without prejudice for petitioner's failure to comply with an order of the court and failure to prosecute this action.

At Pensacola, Florida, this 19th day of July, 2005.

/s/ Miles Davis
MILES DAVIS
UNITED STATES MAGISTRATE JUDGE

## **NOTICE TO THE PARTIES**

Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings. See 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).