IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

KEVIN L. BASSHAM,
    Petitioner,

vs.                                    5:04cv195/LAC/MD

MONICA WETZEL,
    Respondent.
_____

## O R D E R

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on July 19, 2005, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

This case is dismissed without prejudice for petitioner's failure to comply with an order of the court and failure to prosecute this action.

DONE AND ORDERED this 12th day of September, 2005.

                                              *s/L.A. Collier*
                                              LACEY A. COLLIER
                                              SENIOR UNITED STATES DISTRICT JUDGE